AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>Michael Justin Castle<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   1:13-mj-5<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   February 9, 2013   in the county of  Richmond/ Ft Gordon Mil. Res. in the
   Southern   District of   Georgia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §111(a)(1) | Forcibly Assaulting a Federal Officer or Employee |

This criminal complaint is based on these facts:

See Attached Affidavit (incorporated herein by this reference).

✓ Continued on the attached sheet.

*Complainant's signature*

S.A. Brian Ozden, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02-09-2013 at 6:15 P.M.

*Judge's signature*

City and state:   Augusta, Georgia

Hon. W. Leon Barfield
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Brian A. Ozden, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Atlanta Division, Augusta Resident Agency, Augusta, Georgia, duly appointed and sworn according to law and acting as such, am the Affiant herein:

1. The Affiant has been employed as a Special Agent of the FBI since May 5, 2003, and is currently assigned to the Atlanta Division, Augusta Resident Agency, Augusta, Georgia. The Affiant's experience as an FBI Agent includes being assigned to conduct criminal investigations occurring in the Southern District of Georgia. The Affiant has been a Special Agent of the FBI for over nine years. The Affiant has conducted investigations of violent crimes including those occurring on Fort Gordon Army Post, Georgia which is located in the United States of America in the Southern District of Georgia and falls under the exclusive jurisdiction of the Federal Government. Prior to becoming employed as a Special Agent, Affiant served as a Commissioned Officer in the United States Air Force Reserves as the Operations Officer for the 917 Security Forces Squadron, 917th Composite Air Wing, Barksdale Air Force Base and the Executive Officer for the 93rd Bomb Squadron, 917th Composite Air Wing Barksdale Air Force Base for approximately four years. Since joining the FBI, affiant has been involved in various investigations to include violent crimes, cyber crimes, and crimes against children.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. As will be shown below, there is probable cause to believe that Michael Justin Castle, (hereinafter "Mr. Castle" or "Michael Castle") date of birth 11/25/1985 violated Title 18 United States Code, Section 111(a)(1), Forcibly Assaulting a Federal Officer, Agent or Employee while located on Fort Gordon Military Reservation, Georgia falling under the exclusive jurisdiction of the Federal Government in the Southern District of Georgia.

4. The statements in this affidavit are based on my participation in this investigation, as well as from information provided by other Special Agents, as well as other law enforcement officials. Since this affidavit is being submitted for the limited purpose of establishing probable cause in support of the complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Castle violated Title 18 United States Code, Section 111(a)(1), Forcibly Assaulting a Federal Officer, Agent or Employee.

## STATUTORY AUTHORITY

5. In pertinent part, Title 18, United States Code, Section 111(a)(1) provides:

(a)     In general.--Whoever—

(1) forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties; or

shall, …. where such acts involve physical contact with the victim of that assault or the intent to commit another felony, be fined under this title or imprisoned not more than 8 years, or both.

The persons designated in Title 18, United States Code, Section 1114 include:

2

officer[s] or employee[s] of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services) while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of such duties or on account of that assistance.

## BACKGROUND OF THE CURRENT INVESTIGATION

6.  At approximately 2:00 AM on February 9, 2013, the Military Police Station located on Fort Gordon Military Reservation was notified of a domestic disturbance occurring on the installation. Responding officers conducted an investigation which revealed that Michael Justin Castle had grabbed his spouse Ashley Rian Castle (hereinafter "Mrs. Castle") by the neck. Additionally, it was alleged that Michael Castle put his pocket knife up to Mrs. Castle's neck and threatened to kill her for cheating on him. Officer Roger Carver, a civilian police officer employed by the Department of the U.S. Army, and Sergeant Joshua Merideth, a female U.S. Army Military Police Officer, attempted to apprehend Mr. Castle who became combative when the officer tried to put him into a patrol car. Michael Castle kicked Officer Carver in the chest, causing Officer Carver to suffer bruised ribs. Mr. Castle also kicked Sergeant Merideth in the face causing facial bruising.

7.  When the officers and Michael Castle arrived at the Military Police station, Officer Vincent Peterson, a civilian police officer employed by the Department of the U.S. Army, took Michael Castle into a processing room. While in transit, Michael Castle told Officer Peterson that he would kill Officer Peterson's wife and mother. Mr. Castle again became combative while in the processing room, kicking and shattering a glass window in the room.

8. The aforementioned facts provide probable cause to believe that Michael Justin Castle committed the offense of Forcibly Assaulting a Federal Officer in violation of Title 18, United States Code, Section 111(a)(1), supporting the issuance of a Complaint and Arrest Warrant.

_____
Brian A. Ozden
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me
this __9th__ day of February 2013

_____
W. Leon Barfield
United States Magistrate Judge
Southern District of Georgia

4