UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR 1 1 3 - 0 5 4

2013 MAR -6 PM 4:45

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. _____ |
| | ) | |
| v. | ) VIO: | 18 U.S.C. §§ 2261(a), (b)(3) |
| | ) | Domestic Violence Using a |
| MICHAEL JUSTIN CASTLE, | ) | Dangerous Weapon |
| | ) | |
| Defendant. | ) | 18 U.S.C. §§ 111(a)(1) |
| | ) | Assaulting, resisting and impeding |
| | ) | Federal Officers and Employees |
| | ) | |
| | ) | 18 U.S.C. 7 & 13, |
| | ) | O.C.G.A. 16-11-37(a) |
| | ) | Terroristic Threats |
| | ) | |
| | ) | 18 U.S.C. 1363 |
| | ) | Destruction of Government Property |

## COUNT ONE
**Domestic Violence Using a Dangerous Weapon**

**THE GRAND JURY CHARGES THAT:**

On or about February 9, 2013, on Fort Gordon Military Reservation, within the special territorial jurisdiction of the United States, and within the Southern District of Georgia, the defendant

**MICHAEL JUSTIN CASTLE,**

with the intent to injure, harass, and intimidate his spouse, did commit and attempt to commit a crime of violence against his spouse, that being assault, in violation of Title 18, United States Code, Sections 2261(a), (b)(3).

## COUNTS TWO THROUGH FIVE
### Assaulting, Resisting, and Impeding Federal Officers and Employees

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 9, 2013, on Fort Gordon Military Reservation, within the Southern District of Georgia, the defendant,

### MICHAEL JUSTIN CASTLE,

willfully did forcibly assault, resist, oppose, impede, and interfere with the victims identified below, and engage in acts involving physical contact while each victim was engaged in his/her official duties, in violation of Title 18, United States Code, Section 111.

Each of the foregoing allegations is hereby incorporated into each of the following counts as if fully set forth therein:

| Count | Victim's Name | Victim's Qualifying Position |
|---|---|---|
| 2 | Joshua C. Meredith | Sergeant, U.S. Army Military Police Officer |
| 3 | Roger W. Carver | Civilian police officer employed by the Department of the Army |
| 4 | Johnnie L. Warren | Civilian police officer employed by the Department of the Army |
| 5 | Vincent E. Peterson | Civilian police officer employed by the Department of the Army |

All done in violation of Section 111 of Title 18 of the United States Code.

## COUNT SIX
### Terroristic Threats

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 9, 2013, on Fort Gordon Military Reservation, within the Southern District of Georgia, the defendant,

**MICHAEL JUSTIN CASTLE,**

at a place within the territorial jurisdiction of the United States, namely, the Fort Gordon Military Reservation, on land acquired for the use of the United States and under its jurisdiction, did threaten to commit a crime of violence, that is murder, against Vincent E. Peterson and his family, with the purpose of terrorizing another in violation of Title 18, United States Code, Sections 7 and 13 and the Official Code of Georgia Annotated, Section 16-11-37(a).

### COUNT SEVEN
**Destruction of Government Property**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 9, 2013, on Fort Gordon Military Reservation, within the Southern District of Georgia, the defendant,

**MICHAEL JUSTIN CASTLE,**

at a place within the territorial jurisdiction of the United States, willfully and maliciously did attempt to destroy and damage a glass window within the law enforcement center, in violation of Title 18, United States Code, Section 1363.

A TRUE BILL.

*(Michael Justin Castle Indictment continued from previous page)*

_____
Edward J. Tarver.
United States Attorney

_____
James D. Durham
First Assistant United States Attorney

_____
Nancy C. Greenwood (Lead counsel)
Assistant United States Attorney

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division